## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In re: GERVAISE S GUYTON** ) 18 B 04704
)
)
Debtor(s) ) **Judge Janet S Baer**

### ORDER DISMISSING CASE WITH 180 DAY BAR TO REFILING

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c)
2) The Debtor is barred from being a Debtor in any case under Title 11 for a period of 180 days from the date of this order, pursuant to 11 U.S.C. Section 109(g) and Section 349(a).

Entered:_____                                 _____
                                                         Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
801 Warrenville RD #650
Lisle, IL 60532-4350
(630) 981-3888