UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-04704 |
| GerVaise S. Guyton | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Dismissing Case**

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  February 15, 2019